United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ALFRED SENNIE,

                Petitioner,

     v.

RONALD DAVIS, Warden,

                Respondent.

Case No. 16-cv-05949-YGR (PR)

**JUDGMENT**

      For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

      IT IS SO ORDERED.

Dated: February 17, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge